El Pueblo de Puerto Rico, demandante y apelado, *v.*
Marcelino Dávila Díaz, acusado y apelante.

Núm. 7036.—*Sometido:* Mayo 13, 1938. *Resuelto:* Mayo 25, 1938.

*Antonio L. López,* abogado del apelante; *R. A. Gómez, Fiscal* y *Luis Janer, Fiscal Auxiliar,* abogados de El Pueblo, apelado.

El Juez Asociado Señor Hutchison emitió la opinión del tribunal.

Marcelino Dávila Díaz fué convicto en dos ocasiones, primero en la corte municipal, y luego, después de un juicio *de novo,* en la corte de distrito, del delito de abandono y descuido de menores.

El primer señalamiento es que la corte de distrito cometió error al resolver que la denuncia imputaba un delito público. Se alegaba que el acusado ilegal, voluntaria y maliciosamente, y con la intención criminal de abandonar al menor Marcelino Dávila Torres, dejó de proveerlo de alimentos, medicinas y vestuario, etc. El artículo 263 del Código Penal dispone que todo padre "que voluntariamente y sin excusa legal, dejare de cumplir cualesquiera de las obligaciones que la ley le impone, de proveerle del indispensable alimento, vestuario o asistencia médica, incurrirá en *misdemeanor.*" La objeción que el acusado hizo a la denuncia fué que ésta no alegaba que el abandono hubiera sido "sin excusa legal." La alegación de que el abandono había sido ilegal, voluntario y

malicioso y con intención criminal, era suficientemente clara
para que cualquier persona de ordinaria inteligencia compren-
diera que la conducta así imputada al acusado era "sin excusa
legal."

■ El segundo señalamiento es que la corte de distrito
cometió error al declarar sin lugar una moción para que se
absolviera perentoriamente al acusado, basada en que la evi-
dencia presentada era insuficiente al terminar la prueba de
cargo. Cuando la denunciante terminó su declaración, el juez
de distrito, estando aparentemente convencido, preguntó al
fiscal si el resto de su prueba era acumulativa. Éste contestó
afirmativamente y cerró su caso. El acusado solicitó se le
absolviera perentoriamente. La declaración de la denun-
ciante, de ser cierta, bastaba para establecer un caso prima
facie.

El tercer señalamiento es que la corte de distrito erró al
considerar la prueba en conjunto y al declarar al acusado
culpable. No hallamos un error tan manifiesto que exija la
revocación.

*La sentencia apelada debe ser confirmada.*